BEFORE THE THIRD DIVISION, SEPTEMBER 26, 1938

**No. 39446.**—Protests 835133–G, etc., of Murray Oil Products Co. (New York).

Opinion by CLINE, J.   On the record presented it was found that drums of perilla oil imported from Japan and barrels of tallow imported from England were not marked so as to indicate the country of origin.   The protests were therefore overruled.

BEFORE THE FIRST DIVISION, SEPTEMBER 27, 1938

**No. 39447.**—Petition 5411–R of Standard Fruit & Steamship Co. (New Orleans).

Opinion by McCLELLAND, P. J.   The machinery arrived some time before the consular invoice and the entry was made on a *pro forma* invoice at the net purchase price.   When the consular invoice arrived it appeared that the cost of packing should have been added, which resulted in an increase over the entered value.   It was found that there was no intention to defeat the Government in the collection of its lawful duties or to deceive the appraiser as to the value of the merchandise.   The petition was therefore granted.

BEFORE THE SECOND DIVISION, SEPTEMBER 27, 1938

**No. 39448.**—Protests 236035–G, etc., of D. Lisner & Co. (New York).

Opinion by DALLINGER, J.   In accordance with stipulation of counsel boxes, photo frames, trays, bottles, atomizers, flacons, plates, bottle stands, bottle containers, bookends, desk sets, and candlesticks chiefly used on the table, in the kitchen, or in the household for utilitarian purposes, or hollow ware, were held dutiable at 40 percent under paragraph 339.   *Woolworth* v. *United States* (T. D. 47857) and *Rice* v. *United States* (T. D. 49373) cited.